**STATE of Missouri, Respondent,**

v.

**Stephen Patrick MORRIS, Appellant.**

**No. 46768.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Feb. 7, 1984.

Ronald E. Pedigo, Farmington, for appellant.

John Ashcroft, Atty. Gen., Kristie Lynne Green, Asst. Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM:

Defendant appeals from his convictions, after a jury trial, of two counts of assault in the first degree by means of a dangerous instrument for which he was sentenced to ten years' imprisonment on each count to be served consecutively. No jurisprudential purpose would be served by a written opinion. The judgment of the trial court is affirmed pursuant to Rule 30.25(b).